

**CRIMINAL CASE EXPERTS INC**

1967 Wehrle Drive  Suite #1 - Unit # 126,  Buffalo, New York, 14221

1-888-400-1309

## FORENSIC REPORT

**Type of Report**:  Examination : Video / Audio Interview / Transcripts

**Criminal case Consultants Case File #**: 1559-c

**Primary Examiner**: Brian Leslie

**Date of Report:** May 25, 2023

**Charge:**

- Distribution of a controlled substance
- Drug Conspiracy
- Importation of a controlled substance
- Accessory After the Fact

**Charged Person (s)**:

Anthony Theodorou

1

**City:** Wapakoneta

**State:** OHIO

**List Of Documents Examined:**

Interrogation, Police Report

**The Purpose Of This Report**:

The purpose of this report is to conduct a forensic examination on audio / video interviews / transcripts / written statements & police investigation methods and provide expert opinion. Items examined are listed above.

**Client's Specific Area of Concern**:

Coercive questioning, investigative methods and interrogation techniques used

**Name of Defense Attorney(s)**:

Stephen E. Palmer

**The Offense Occurred in the State Of**:

OHIO

**Police Agencies Involved**:

Auglaize County Sheriff s Office

**Other Agencies Involved**:

FBI

**List of Attached Exhibits:** None

**General Background Information on Interview and Interrogation Techniques Used by Law Enforcement Agencies**:

The primary difference between an interview and an interrogation is as follows:

**Interview:**

- Non-accusatory
- Purpose is to gather information
- Interviews are conducted earlier during an investigation
- Interviews are free flowing
- Notes are usually taken during the interview
- Interview room is generally set up for building relationship
- Interviews can be conducted in both informal and structured settings

**Interrogations:**

- Interrogations are accusatory
- Involves persuasive techniques
- Conducted in a controlled environment
- Interrogations are conducted only when the investigator is reasonably certain of the suspect's guilt.
- Investigators are trained not to take notes until after suspect has told the truth.
- Interview room set up with the interrogator facing the suspect in the personal space

**Coercive Techniques During Interviews & Interrogations**:

False confessions can be directly attributed to coercive techniques that may have been used by law enforcement during an interview or interrogation. In some cases, untrained interviewers may not recognize their line of questioning or style as coercive. Coercive techniques used during questioning should not be confused with "misconduct" by the interviewer, however, can still be responsible ultimately for false confession.  Below are some examples of coercive techniques that could be attributed to a false confession that are not necessarily misconduct issues:

- Trauma, lack of sleep, sleep disruption or highly aggressive manipulative interrogation techniques used by the interviewer
- Convincing vulnerable persons (alcoholics, drug users) that they committed the offense during a "black out"
- Confusing the accused with his/her own words (narrative traps)
- That there is trace evidence, witnesses or physical evidence that ties them to a crime.

- In sexual assault cases the crime maybe minimized and suggest that if the accused confesses it will save the victim from testifying and they will be forgiven.
- In sexual offenses where consent was an issue the accused may be convinced, he just did not see the signs the partner was attempting to convey
- Convincing an accused, he had culpability of a crime by simple proximity to where the crime took place
- Investigators improperly vetting eyewitnesses / victims

Below are examples of improper techniques that could be considered misconduct issues. These techniques would be if used outside of their training.

- Suggesting that if the suspects confesses to the crime, they will receive a much less sentence (something the investigator has no control or authority to authorize)
- Witnesses who wrongfully identify an accused by manipulated photo line-ups by investigators and/or purposely failing to disclose exculpatory information during witness interviews.
- Tipping suspected persons off or implanting specific evidence prior to an interrogation that was found at the scene but not released to the public. Then during the interrogation, in some cases days later, construct specific questions where the suspect reveals the information.

**Definitions & Terms**

- **Vulnerable Persons –**
  - Person's who are **alcoholics or drug users**
  - **Sleep deprived** – This may make an individual susceptible to the use of coercive techniques by the interviewer
  - Person's with **mental disabilities**

- A person who maybe involved in a relationship and has an emotional connection to both the alleged victim or friends in common to the alleged victim. These friends may place pressure on a suspect to confess so that the alleged victim gets closure. This is in some cases used in connection with "minimization" of the offense first such as <u>IE</u>: tricking a suspect into writing a confession masked as an apology letter, when the suspect believes that's all that is required with no further action.
- A person who may have **deep seeded religious or political belief(s)** may also be vulnerable to manipulative tactics or coercive questioning by the interviewer.
- A victim in a historical child sexual abuse case who is also implicated in offenses as an adult may be vulnerable if interviewers target their **child sexual trauma** to minimize their culpability.
- A **low (IQ) Intelligence Quotient** may also affect a person's ability to articulate answers or not fully understand the questions asked. This may also be the case for persons that speak English as a second language.
- Someone with an extreme emotional connection to family members or persons of authority over that person may also be vulnerable to manipulative tactics or coercive questioning by the interviewer when used as leverage.

- **Minimization –**is when an interviewer minimizes a suspect's culpability or involvement in a crime or provide less culpable reasons why to make it more likely for a suspect to confess. Treating a potential suspect as a witness is one tactic used. Another tactic used is when the interviewer suggests that by admitting to specific information it will be helpful for the suspects case.

- **Maximization -** Overstating Strength of Case Against Suspect
  -Techniques to motivate the suspect into confessing by interrupting denials, accusing suspect of lying, false evidence ploys.
  -Conveying the interrogator's absolute certainty of the suspect's guilt.

- **Deductive Method of Investigation -** Deductive Method of Investigation refers to a model used when investigators only accept information that fits the initial theory, they have formed of how the crime occurred and who the prime suspects are. In this investigative method, adverse or exculpatory evidence is potentially ignored thus creating the framework for a specific narrative the investigator is attempting to achieve. Public pressure to solve a case can also influence how investigators conduct an investigation potentially targeting wrong suspects due to lack of vetting information and the sources that provide this information.

- **Inductive Method of Investigation -**  Inductive Method of Investigation refers to a model used when investigators accept all information during an investigation vetting and the source of the information for credibility as well as the information the source provides. If the information provided is credible but the source may not be due to conflict or may have an interest in the result of the investigation, a second source should be sought to corroborate the provided information.

- **"Predisposition" –** This is when an interviewer or investigator, due to the nature of a crime (personal distaste), misinformation or a personal belief disallows the possibility of an alternative narrative purposed by the suspect being interviewed. Conducting an interview having predisposition disallows an interviewer to be

open to potential exculpatory facts that may dispute the original narrative provided by witnesses or victims.

- **"Narrative Trap"** where the question or series of questions that are asked are constructed in such a way by the interviewer that the context or purpose may not be understood completely by the suspect who provides an answer that may later become incriminating.

- **"Word Integration"** is when the interviewer integrates words that are more dramatic in nature or fit a specific narrative the interviewer is attempting to achieve. An example of this would be integrating the victim's usage of the word "hit" to "wacked" or "gun" to "weapon".

- **"Narrative Integration"** is when an interviewer attempts to feed specific words, phrases, or idea's masked through structured suggestive questioning to the subject.

- **"Narrative Compliance "** is when an interviewer attempts to control a specific narrative and line it up with the investigators theory of how the crime occurred. To do this the interviewer may use coercive techniques such as word integration, maximizations, minimizations or target vulnerabilities of the individual

- **Confession Compliance** is when a suspect concedes to the interviewers suggested narrative by the overwhelming use of coercive methods.

- **"Blackout Confession"-** Is a coercive line of questioning that attempts to solicit a confession targeting the vulnerability of

person's who are alcoholics or drug users, suggesting they committed the crime during a "blacked out".

- **"Timecode Burns" -** Timecode burns on video is method of transparency to ensure that the video has not been tampered with or altered. Although this is just an indication, as audio / video editing software is now affordable and accessible to the average individual. A true test would be to have the video output forensically examined for an "edit footprint".

- Examples of Enhanced Interrogation Techniques: *(Generally not used by military or civilian law enforcement in the United States or Canada)*

- **beating,**
- binding in contorted stress positions,
- hooding,
- subjection to deafening noise,
- **sleep disruption,**
- **sleep deprivation to the point of hallucination,**
- **deprivation of food**, **drink**, *(Common in non-military interrogations)*
- **withholding medical care for wounds,**
- waterboarding,
- wall standing
- sexual humiliation,
- subjection to extreme heat or extreme cold,

Enhanced interrogation techniques (above) are for the most part never used by law enforcement agencies throughout the United States. The exception to this, in specific cases, is "sleep deprivation". This may be an issue for example, if an interrogator knowingly wakes a suspect, who may be in lock up, in the middle of the night while in deep sleep. This may also apply if an interrogation

commences after a suspect is detained ending a night shift for example or excessive unreasonable periods of interrogation style questioning.

**NOTE: THE ABOVE DEFINITION SECTION IS GENERAL IN NATURE AND SHOULD BE USED AS A POINT OF REFERENCE ONLY. NOT ALL INFORMATION STATED ABOVE APPLIES TO THIS REPORT.**

# How To Read This Report

Each interview is broken into sections called ITEMS. Each interview will have a technical breakdown which will include relevant technical information on audio or video. You will notice in the report that there are different sizes of underlined text **BOLDING.** The purpose of this is to draw attention to specific area's of the text. The larger the text the more important the relevance to the examiners notes.

# INTERVIEW ROOM CONFIGERATION



1. Informal Interview Setup
2. Formal Interview Setup
3. Interrogation Style
4. Intimate Interview Style (Witnesses / Victims)

**NOTE:** A soft interview room used specifically for women or children victims may contain living room style furnishings.

# Examiners Notes & Opinions:

## ITEM # 1 – INTERVIEW / INTERROGATION - ANTHONY THEODOROU – Technical Information

Total Length of Video: 3 Hour 54 Min

Visual Interview Style: Interview / Interrogation

Accusatory In Nature: Yes

Classification: Interrogation

Miranda Was Read: TIMECODE:  15:26

SPECIAL NOTES:

-Interviewer doesn't advise that THEODOROU  can leave the room at anytime or that he is there voluntarily

- Door is blocked by officer - pulls chair to block pathway (See Photo)



# ITEM # 2 – INTERVIEW / INTERROGATION - ANTHONY THEODOROU – NOTES

## MINIMIZATION

_Minimization_ is when an interviewer minimizes a suspect's culpability or involvement in a crime or provide less culpable reasons why to make it more likely for a suspect to confess.  Treating a potential suspect as a witness is one tactic used. Another tactic used is when the interviewer suggests that by admitting to specific information it will be helpful for the suspects case.

-------------------------

**TIMECODE:  39:38 - MIN**

Q **You got roped into something** and that's why were coming to you. **Were trying to talk to you about it**.

Q.2 **Help yourself help us help you**. okay

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**TIMECODE:  40:09 – MIN**

Q. **<u>I honestly believe you got roped into something</u>**

Q2  Anthony **<u>your not a bad person</u>**. I can tell just from talking to you and the short time I've known you **<u>you got caught up in a custody</u> <u>dispute</u>**. Okay **<u>I don't think you're a horrible human</u>** being but **<u>right now that line he just drew its going to define who</u> <u>Anthony Theodorou is as a human being okay</u>**. You want to tell us what happened I think it would be best.

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

**TIMECODE:   40:42 - MIN**

Q2. What are your proceedings?

A. Yah

Q 2   A **<u>lot of that is going to depend on what your going to tell us</u>** right because you can continue to lie to us and it can go one way **<u>you</u> <u>can corroborate with us help us find his body and it</u> <u>can go a different way</u>** so ultimately the choice is yours right now not ours.

Q.  What that means **<u>when someone helps they've remorse</u>** (???) and **<u>they didn't want what happed to happen</u>**, continues to lie they're going to say well

14

Q2 You're a sociopath.

Q. You're a monster

Q2 You're not a monster

------------------------

**TIMECODE:  43:06 - MIN**

Q2 .So **it is in your best interest and I'm telling you this as a friend** as a human being don't lie okay cause **your best interest right now to protect yourself is honesty and remorse**. We need to find his body and we will get to that but right now walk us through it sir.

------------------------

**TIMECODE:  44:10 - MIN**

Q2 **I'm telling you honesty is your best bet right now Anthony** okay so lets just start when did she start planning this.

------------------------

**TIMECODE:  50:40  - MIN**

Q2  What we can do is we can we make no promises or guarantees **one thing I have done in the past is I go to them  and I say he's very distraught he has a lot of remorse you know he feels horrible he didn't want to get caught up in this.**

------------------------

**TIMECODE:  53:59  - MIN**

A If I take you to the area where it is then what

Q2. **It may help you.**

A. It may help me but again

------------------------

# MAXIMIZATION

<u>Maximization</u>

- Overstating Strength of Case Against Suspect

-Techniques to motivate the suspect into confessing by interrupting denials, accusing suspect of lying, false evidence ploys.

-Conveying the interrogator's absolute certainty of the suspect's guilt.

------------------------

## TIMECODE:  38:56 - MAX

Q.  Has everything you told us been the truth?

A. Yep

Q  Because (???) look into everything (???) (Cross Talk)

Q.2  Anthony look at me

A. Yah

Q2 **Your lying. We know your lying.** You know how we know your lying? **His car had a dash camera in it. So we have the video of it. The whole thing. We know she injected him something we know you guys were** (???) **So your best bet is to come clean with us right now and tell us everything**. I'm not making this up

Q. We can tell you a lot of stuff.

------------------------

**TIMECODE:  42:19 - MAX**


Q2  Right now is the time to start helping yourself cause right now if we end this interview with the evidence **what we have is not going to be good.**


------------------------


# CONFESSION COMPLIANCE - EXPERT OPINIONS

<u>Confession Compliance</u> *is when a suspect concedes to the interviewers suggested narrative by the overwhelming use of coercive methods.*


**NOTE:** It is my expert opinion that THEODOROU entered the interview room believing that he was assisting the Detectives as a witness not a suspect. This is corroborated by the INTERVIEWER explaining why he is reading the Miranda warning to THEODOROU:


*TIMECODE:  15:21*

*Q.  <u>One of the formalities</u> we do is just advise you of your rights okay let you know what's going on.*


It is also my opinion that at TIMECODE : 38:56 the interview switched from a fact finding interview to an Interrogation.

18

*Q2 Your lying. We know your lying. You know how we know your lying? His car had a dash camera in it. So we have the video of it. The whole thing. We know she injected him something we know you guys were (???) So your best bet is to come clean with us right now and tell us everything. I'm not making this up*

It is also clear in my expert opinion that based on the significant number of coercive techniques used throughout the interview / interrogation such as minimizations and maximizations THEODOROU became confession compliant and provided inculpatory details still believing the INTERVIEWERS would help minimize his culpability with prosecutors. (See Details Of Report)

This forensic opinion report is created as a result of examining specific documents provided by the client (stated above). The expert's examination notes, opinions and comments provided in this report are only based on the documents that were provided to the examiner and are in no way representative of the complete case. This report in no way offers or represents a legal opinion and thus should not be relied upon for that purpose. Criminal Case Consultants Inc. provides analysis on the contents of interrogations, witness statements, interviews, court testimony, police notes and investigative methods. The comments, expert opinions and findings in this report are solely based on supporting documentation provided by the client and expert opinions are that of the expert. This report is private and confidential, and its distribution should be authorized by the author.

I have reviewed the materials provided for this report and provided an expert opinion.

_____

Brian Leslie
Forensic Expert
Coercive Interrogation and Interview Techniques
Criminal Case Consultants Inc.



**CRIMINAL CASE EXPERTS INC**

*Coercive Interrogation & Interview Expert*

# 1-888-400-1309

## United States

1967 Wehrle Drive
Suite #3 - Unit 126.
Buffalo, NY 14221
(347) 298-6135

## Canada

10 Milner Business Court
3d Floor
Toronto, Ontario M1B 3C6
(416) 297-7676

**Expert Forensic Services**
**Coercive Interrogation & Interview Techniques**
**Investigative Methods**

# EXPERT CV

Brian Leslie is a Nationally Recognized coercive interrogation & interview techniques expert, with over 14 years of previous law enforcement experience which includes major case investigation and specialized training, as well as a term serving as Chief of Police. Throughout Mr. Leslie's law enforcement career, he has conducted over 2000 interviews with witnesses / victims including interrogations. He is regularly retained to examine, investigative methods used by law enforcement as well as examine the contents of written, video and audio witness / victim interviews, suspect interviews and interrogations (audio, video and written transcripts) that were conducted by law enforcement and forensic interviews conducted by child protection service agencies in both the United States and Canada. Mr. Leslie has testified and been qualified as an expert in Federal, State and Military Courts throughout the United States.

# Brian Leslie

*Forensic Expert*
*Coercive Police Interrogation & Interview Techniques*
*Most Recent Summary of Major Criminal Cases*
*Post Conviction & Trial – United States, Canada & U.S. Military*
*Providing Expert Testimony & Opinion, Consultation & Forensic Reports*
*2012 – 2020*

***NOTE: This CV may only be distributed with permission of***
***Criminal Case Consultants Inc.***

## Corporate Information

Criminal Case Consultants Inc.

E-mail brian@criminalcaseconsultants.com

www.criminalcaseconsultants.com

## Our United States Verified Government Contractor Information Military & Federal Agencies On:

## SAM.gov

DUNS # 243201917
NCAGE # L0GT8
IRS # 473501-421



## Policing History

1978 – 1981  Hinton Police Service - Alberta
1981 – 1982  Luseland Police Service – Saskatchewan
1982 – 1983  Weyburn Police Service – Saskatchewan
1984 – 1987  Macklin Police Service – Saskatchewan
(1985 -1987) Promoted To Chief Of Police
1987 – 1993  Sarnia Police Service - Ontario

## Formal Education

1977 – 1978  Mount Royal College  ( Presently Mount Royal University) – Police Sciences
1978 – 1979  Basic Police Training  - Edmonton Alberta

## Books Published *(Distributed Globally)*

- *2012 – Reaction Analysis Profiling*
- *2014 – Deception of a Witness*
- *2016 – Visual Liar*

## Criminal Case Consultants - 2011 - Present

Expert Consulting & Providing Proprietary Training in "Reaction Analysis Profiling"
Expert Examination Of Interrogation & Interviews
Expert Examination Of Investigative Methods

**Article Contributor**

**1. LEGAL 360**

- Do People Give False Confessions?  All Too Often

**2. HUMAN RIGHTS DEFENSE CENTER -- CRIMINAL LEGAL NEWS**

- The Dominant Witness Theory: How Eyewitness Identification Becomes    Flawed -
- How Coercive Interrogations Can Lead to a False Confession

**3. NATIONAL TRIAL LAWYERS**

- 3 Ways Coercive Questioning Brings False Confessions, Wrongful Convictions

**4. FORENSIC MAGAZINE**

- Expert: Wrongful Convictions Can be Reduced by 30 Percent

**5. THE FORENSIC GAZETTE**

- Police Criminal Investigations Are Commonly Carried Out Using A Deductive Method

# KEYNOTE SPEAKER / PRESENTER

### East Coast Forensic Conference

Topic – "Coercive Interrogation Techniques" – Baton Rouge, Louisiana  August 9 – 10 , 2018

### Minnesota State Public Defenders

(State Conference) Topic – "Coercive Interrogation Techniques" – BRAINERD, MN - OCTOBER 10 -12, 2019

### Rhode Island Association of Criminal Defense Lawyers

Custodial Interrogations & Electronic Recording – Past, Present & Future Issues - THE JOHN J. HARDIMAN MEMORIAL CONTINUING LEGAL EDUCATION SERIES Thursday, February 27, 2020 from 1:00 to 4:00 pm  - Contact:  Michael A. DiLauro  -- Assistant Public Defender / Director of Training & Legislative Liaison

### North Dakota

Indigent Defense 2020 Summer CLE Webinar
- Thursday June 25, 2020  - Coercive Interrogation & Interview Techniques 2   Hour Presentation

### Federal Public Defenders – State Public Defenders -

August 2020  - Coercive Interrogation & Interview Techniques 2 Hour Presentation

**Minnesota State Public Defenders (Investigators)**

Topic – "Coercive Interrogation Techniques" – – SEPTEMBER 15, 2022

## <u>Local Media Interviews</u>: Case Coverage as an Expert in Coercive Interrogation & Interviews











































# <u>Major U.S. News Papers</u>





# <u>National Media Interviews</u>: Case Coverage as an Expert in Coercive Interrogation & Interviews






8



DEPARTMENT OF THE ARMY
UNITED STATES MILITARY ACADEMY
TRIAL DEFENSE SERVICES
THAYER HALL, ROOM 206
WEST POINT, NY 10996

MAJA-TDS

27 February 2018

MEMORANDUM FOR Record

SUBJECT: Documenting Mr. Brian Leslie's Expert-Consultant and Testifying Expert's Assistance -- CDT Trevon Turner's Formal Board (Army Regulation [AR] 15-6's Formal Board), Based on an Allegation of a Sexual Assault, under Article 120, Uniform Code of Military Justice

1. On behalf of CDT Turner, the Respondent at a Formal AR 15-6 Board, I want to document the following achievement:

   a. Mr. Brian Leslie was an expert-consultant and a testifying expert at CDT's Turner Board. The Board had to decide whether CDT Turner committed an offence of sexual assault. The alleged victim refused to testify, and the only evidence against the Respondent was the statement from the alleged victim's former boyfriend.

   b. CDT Turner was questioned by an Agent from a Criminal Investigation Division (CID), Special Agent (SA) Berry. CDT Turner, who was only 18 at that time, explained to SA Berry the events of the night, when he and the alleged victim had sexual intercourse, describing it as a consensual encounter. After hours of keeping CDT Turner at the CID, SA Berry pressured the teenager to put himself into the shoes of the alleged victim and name how the crime would have been called if someone would have had sex with her without her consent. CDT Turner said that it would be rape or sexual assault, or words to that effect. After that statement, the Prosecution and SA Berry claimed that CDT Turner "confessed" to rape or sexual assault of the alleged victim.

   c. Mr. Leslie examined all of the evidence in CDT Turner's case and analyzed it. Based on his review, he was able to determine that CDT Turner's so called "confession" was coerced and was not given freely and voluntarily. Mr. Leslie also educated the Board members about different types of investigative techniques, and which techniques were used in CDT Turner's case. After his testimony, it became clear to the Board members that CDT Turner's "confession" should be disregarded as coerced and unreliable.

   d. Due to Mr. Leslie's expert assistance, knowledge, and incredible professionalism, the Defense believes that CDT Turner and his family were able to get their son's life back and prevent him from being not only separated from the United States Military Academy at West Point, but also from being irretrievably characterized for the rest of his

life as a sexual predator, a characterization that would have virtually ended any chances of him having a normal life.

2.  Mr. Leslie's expert assistance aided in restoring justice and fairness in this case, making a tremendous positive impact on the life of the 19-year-old CDT Turner and his family.

3.  The point of contact for this memorandum is the undersigned by email at Olesea.collins@usma.edu or by phone at (845) 938-0104/ (727) 519-3027 (text).

COLLINS.OLESEA.1455529243

//originally-signed//
OLESEA ROAN (Collins)
CPT, JA
Defense Counsel, Officer in Charge

2



DEPARTMENT OF THE ARMY
UNITED STATES MILITARY ACADEMY
TRIAL DEFENSE SERVICES
THAYER HALL, ROOM 206
WEST POINT, NY 10996

MAJA-TDS                                                    7 December 2017

MEMORANDUM FOR Record

SUBJECT: Results of Trial, *United Sates v. SPC Audrequez Evans* – Expert-Consultant/ Expert Witness, Mr. Brian Leslie, Coercive Interrogations Techniques Expert

1. SPC Evans was accused and charged with allegedly committing sexual assault of one of his friends. SPC Evans was interrogated by a special agent, Special Investigation Division (CID), U.S. Army, and "confessed" to the sexual assault although he was a pass-out drunk at that time of the claimed offense. The charges were preferred and referred to a General Court-Martial at Fort Meade, Maryland. The trial took place on 4 December 2016 through 6 December 2017. SPC Evans was acquitted of all charges against him.

2. During the trial, the Military Judge, COL Daniel Brookhart, accepted Mr. Brain Leslie as an expert in coercive interrogations techniques.

3. Prior to trials, Mr. Leslie testified at the motions' hearing, when the Defense filed a Motion to Compel a production of an expert. After the Judge heard Mr. Leslie's testimony at the hearing, discussing the area of his expertise, the Military Judge compelled the Prosecution to produce Mr. Leslie as Defense's expert- consultant and a possible testifying expert in coercive interrogations techniques.

4. Mr. Leslie's assistance was invaluable as he was able to break down the techniques used by the CID agent. As the result of such understanding, the jury did not give any weigh to the coerced false confession.

5. The point of contact for this memorandum is the undersigned by email at Olesea.collins@usma.edu or by phone at (845) 938-0104.

COLLINS.OLESEA.14555292 *Digitally signed by COLLINS.OLESEA.1455529243
43                              Date: 2017.12.07 14:44:40 -05'00'*

OLESEA COLLINS
CPT, JA
Defense Counsel



**DEPARTMENT OF THE ARMY**
**UNITED STATES ARMY TRIAL DEFENSE SERVICE - WEST**
**FORT LEWIS FIELD OFFICE**
**JOINT BASE LEWIS-MCCHORD, WASHINGTON 98433-5000**



AFZH-TDS-JA                                                                                          12 January 2019

MEMORANDUM FOR RECORD

SUBJECT:  Mr. Brian Leslie Expert-Consultant Assistance in <u>United States v. Williams</u>

1.  I am CPT Marissa K. Dominguez, and currently serve as Defense Counsel at Joint Base Lewis McChord, Washington.  I write this letter in support of Mr. Brian Leslie's Expert-Consultant Services in *United States v. Williams.*  As an Expert in the field of Interrogation, Mr. Brian Leslie provided services that were instrumental to the Defense.  Assisting in all aspects of the case,  Mr. Leslie's services were greatly appreciated, and cannot be duplicated or substituted by any other source.

2.  *Williams* involved allegations in violation of Article 120, of the Uniform Code of Military Justice.  The case was referred to a General-Courts Martial and heard in front of a mixed panel on Joint Base Lewis McChord, Washington.  During the investigation of this case, the Accused was interrogated by CID for several hours and made inculpatory statements.  The Defense filed a Motion to Suppress, claiming that CID's interrogative tactics were improper and unlawful.  For this reason, the Defense specifically sought Mr. Leslie's expert services in Coercive Interrogations Techniques, to assist with this voluminous complex case.  Mr. Leslie was a consummate professional and a dedicated member of the Defense team.

3.  Mr. Leslie, assisted the Defense with the preparation of Defense motions, testified in Court, and providing alternate theories of defense and case strategy.  Mr. Leslie provided detailed reports, and assisted with the drafting of cross-examination questions, and provided key points regarding interrogation tactics used by CID, Military Police, Investigators, and Police Officers.  Mr. Leslie was very thorough, following through with short suspense deadlines, being very responsive, and easily accessible.  His services were invaluable.

4.  For these reasons, I endorse Mr. Leslie as an Expert-Consultant in Interrogations Techniques.

5.  The point of contact is the undersigned at marissa.k.dominguez.mil@mail.mil or (253) 477-2048.


                                        MARISSA K. DOMINGUEZ
                                        CPT, JA
                                        Defense Counsel

# United States Military Cases - Army

## 2017 – United States v. Audrequez Evans – U.S. Army - General Court Martial

- **Sexual Assault, Rape**
– JAG Lawyer: **Olesea Collins CPT**
- Fort Drum Field Office – Atlantic Region
- **Expert Testimony Provided** - Fort Meade, Maryland
- General Court Martial – December 04, 2017
- Our File Reference # 1247-c
– State:  Maryland

## 2017 – United States v. Alejandro Gentry – U.S. Army - Article 15 Proceeding

- **Sexual Conduct**
– JAG Lawyer: **Olesea Collins CPT**
- Fort Drum Field Office – Atlantic Region
- **Expert Testimony Provided** - Fort Bragg, North Carolina
- December 15, 2017
- Our File Reference # 1261-c
– State:  North Carolina

## 2018 – United States v. Ean Nacke – U.S. Army -  Summary Proceeding

- **Sexual Assault**
– Lawyer: **Todd Conormon**
- **Expert Testimony Provided** - Fort Bragg, North Carolina
- February 2, 2018
- Our File Reference # 1233-c
– State:  North Carolina

## 2018 – United States v. Guillermo Batista-Mendez – U.S. Army - General Court Martial

- **Sexual Assault (3 counts)**
– JAG Lawyer: **CPT David Allen**
- Provided Forensic Report For Trial
- **Expert Testimony Was Pending** March 27 / 2018 & April 9, 2018
- Examination Conducted – Forensic Report Provided
- Case Ultimately Settled
- Fort Bragg
- Our File Reference # 1268-c
– State:  North Carolina

## 2018 – United States v. Trevaun Turner – U.S. Army - Summary Proceeding

- **Sexual Assault**
– JAG Lawyer: **Olesea Collins-Roan CPT**
- **Expert Testimony Provided** - Fort Benning, Georgia
- February 21, 2018
- Our File Reference # 1271-c
– State: Georgia

10

**2018 – United States v. Ty Moore – U.S. Army -  General Court Martial**

- **Sexual Assault**
– JAG Lawyer: **Olesea Collins-Roan CPT**
- **Expert Testimony Provided – Motion Hearing** - West Point, New York
- June 12-15, 2018
- Our File Reference # 1291-c
– State:  New York


**2018 – United States v. Nathan Smith – U.S. Army - General Court Martial**

- **Sexual Misconduct**
– JAG Lawyer: **Olesea Collins-Roan CPT**
- West Point, New York
- April 20, 2018 - Examination Conducted – Forensic Report Provided
- Case Settled
- Our File Reference # 1310-c
– State:  New York


**2018 – United States v. Monroe – U.S. Army -  General Court Martial**

- **Sexual Assault**
– JAG Lawyer: **Karey Marren CPT**
- **Expert Testimony Provided – Motion Hearing** – Seattle, WA
- June 29, 2018
- Our File Reference # 1349-c
– State:  Washington

## 2018 – United States v. Mathew Counter – U.S. Army - General Court Martial

- **Sexual Assault**
– JAG Lawyer: **Sharif Gray CPT**
- **Expert Testimony Provided – Motion Hearing** – Fort Bragg
- July 12, 2018
- Our File Reference # 1342-c
– State:  North Carolina


## 2018 – United States v. SPC Damon Williams Jr.– U.S. Army - General Court Martial

- **Sexual Assault**
– JAG Lawyer: **CPT Marissa Kay Dominguez**
- **Expert Testimony - Motion Hearing Oct 22**
– Fort Lewis, Washington
- Our File Reference # 1360-c
– State: Washington


## 2019 – United States v. Goodwin – U.S. Army - General Court Martial

- **Rape**
– JAG Lawyer: **Eli Ross CPT**
- **Expert Testimony Provided – Motion Hearing To Compel** – Fort Bragg
- Jan 25, 2019
- Our File Reference # 1410-c
– State:  North Carolina

**2019 – United States v. Anthony Chasse – U.S. Army - General Court Martial**

- **Rape**
– JAG Lawyer: **Brett ERLAND CPT**
- Examination& Report  For **Motion To Compel**
- Our File Reference # 1425-c
– State:  Fort Belvoir, VA

# National Televised Cases

# 2018 – State Of Iowa v. Cristhian Bahena Rivera

- **1st Degree Murder**
- Trial Date – January 2020
- **Attorney: Chad & Jennifer Frese**
- Our File Reference # 1408-c
– State:  Iowa
 - **Expert Televised Testimony Provided**

# Death Penalty Cases - United States

**2016 - People Of The State Of California v. Hooman Ashkan Panah**

- **1ⁿᵈ Degree Murder – Capital Case – Death Penalty**
- Post Conviction–
- Our File Reference # 1071-c
– State:  California

**2019 - People Of The State Of California v. Darnell Hammond**

- **1ⁿᵈ Degree Murder – Capital Case – Death Penalty**
- **Attorney: Tony LIDGETT**
- Our File Reference # 1431-c
– State:  California
- **Expert Testimony Provided**

# Federal Public Defender Cases - United States

## 2018 – United States Of America v. Samy Hamzeh

- **Federal Gun Charges – Terrorist Related (request details)**
- **Case In Progress** – Trial Date Not Set
- Federal Defender Services of Wisconsin Inc.
- Attorney: **Joseph Bugni**
- Our File Reference # 1320-c
- – State:  Wisconsin

## 2019 – United States Of America v. Jeremy Campo

- **Federal Drug Charges –**
- Federal Defender Services – Tampa Division - Middle District of Florida
- Attorney: **Adam Nate**
- Our File Reference # 1423-c
- – State:  Florida

## 2019 – United States Of America v. Jonathan Bohn

- **Federal Drug Charges – Causing death**
- **Case In Progress** – Trial Date Not Set
- **Expert Testimony Provided November 2019**
- Federal Defender Services – Orlando Division - Middle District of Florida
- Attorney: **Michael Ryan**
- Our File Reference # 1430-c
- – State:  Florida
- **Expert Testimony Provided**

**2020 - United States vs Daniel PEGGS**

- **Sex Trafficking**
- **Attorney: Joseph BUGNI**
- Our File Reference#: # 1462-c
- State: Wisconsin
- Federal Public Defenders Office

# State Public Defender Cases - United States

**2018 - The State Of Minnesota v. Timothy Miller**

- **1 st Degree Assault  - Greater Bodily Harm**
- Public Defenders Office Minneapolis
- **Attorney: Steve Bergeson**
- Our File Reference # 1293-c
- – State:  Minnesota
- **Expert Testimony Provided**

**2019 - The State Of Minnesota v. Juvenile (unnamed)**

- **Sex offense**
- Public Defenders Office Minneapolis
- **Attorney: Upon Request**
- Our File Reference # 1390-c
- – State:  Minnesota

**2019 - The State Of Iowa v. Alicia Ritenour**

- **Murder**
- Court Appointed
- Office Of The State Public Defender
- **Attorney: Andrew Dunn**
- Our File Reference # 1421-c
– State:  Iowa


**2019 – The State Of Minnesota v. Richard Diamond Myers Sr.**

-  **1st Degree Criminal Sexual Conduct**
- Office Of The State Public Defender
 – **Attorney – David Boyce**
 - Our File Reference # 1427-c
– State: Minnesota
- **Expert Testimony Pending**


**2019 – The State Of Minnesota v. Zachariah James Baker**

-  **Murder in the Third Degree**
-  Murder in the Second Degree; Unintentional Murder
-  Office Of The State Public Defender
 - **Attorney: Steve Bergeson**
 - Our File Reference # 1414-c
– State: Minnesota
- **Expert Testimony Provided**

## 2019 – The State Of Rhode Island v. Francisco Melo

- **Sexual Assault of a Child**
- **Attorney – John Grasso - Melissa Braatz**
- Our File Reference # 1426-c
- State: Rhode Island


## 2020 – The State Of Minnesota v. Adam Travis

- **First Degree Manslaughter of a child**
- Second Degree Manslaughter
- Office Of The State Public Defender
- **Attorney: Steve Bergeson**
- Our File Reference # 1432-c
- State: Minnesota


## 2020 – The State Of Minnesota v. Nathan McDonald Jr.

- **Murder**
- Office Of The State Public Defender
- **Attorney: Jennifer Congdon**
- Our File Reference # 1434-c
- State: Minnesota


## 2020 – The State Of Iowa v. Jarett Scharper
- **Sexual Assault**
- Our File Reference #: 1467-c
- **Attorney: Andy DUNN**
- State: Iowa

## 2020 – State of Minnesota v. Robert Louis Canfield

- **Death Related**
- Our File Reference  File #: 1473-c
- **Attorney: Carly Vosacek**
- Minnesota Public Defenders Office
- State: Minnesota


## 2021 – The State Of Colorado v Jorge Vazquez

- **2nd Degree Sexual Assault**
- Our File Reference #: 1476-c
- State: Colorado
- **Attorney: Kathryn Herold**
   *Supervising Deputy Public Defender*


## 2022 - The State Of Minnesota v. Scott Stephen Oistad

-Criminal Case Consultants Case File #: 1530-c
-Charge:  **Criminal Sexual Conduct - 1st Degree - Penetration - Fear Great Bodily Harm**
-Charged Person (s): Scott Stephen Oistad
-State: Minnesota
-Attorney - **Laurel Lawson**

**2022 - The State Of Minnesota v. Scott Stephen Oistad**

-Criminal Case Consultants Case File #: 1530-c
-Charge:  **Criminal Sexual Conduct - 1st Degree - Penetration – Fear Great Bodily Harm**
-Charged Person (s): Scott Stephen Oistad
-State: Minnesota
-Attorney - **Laurel Lawson**

# United States Cases

**2015 - State Of Texas v. Robert Espinoza**

- **Capital Murder**
- Post Conviction
- Our File Reference # 1171-c
– State:  Texas

**2016 - State of Florida v. Tamara Taylor**

 - **Conspire to Commit Organized Fraud, Grand Theft of the 2nd Degree**
- Post Conviction
- Our File Reference # 1022-c
– State:  Florida

## 2016 - State of Maryland v. Reginald Love

**-1st Degree Murder, Conspiracy to Commit Murder, Attempted 1st degree murder, handgun charges ( 2 counts)**
- Post Conviction
- Our File Reference # 1074-c
– State:  Maryland

## 2016 - State of Louisiana v. William Felix Vail

**- 2nd Degree Murder**
- Post Conviction
- Our File Reference # 1219-c
– State:  Louisiana

## 2016 - State of Michigan v. Christopher Winowiecki

**- 1st Degree Attempt Sexual Assault, Sexual Criminal Conduct in the -**
**- 1st Degree (2 counts), Criminal Sexual Conduct 2nd Degree**
- Post Conviction
- Our File Reference # 1062-c
– State:  Michigan

## 2016 - State of Texas v. Arthur Kirven

**- Injury To A Child ( 2 counts causing death)**
- Post Conviction
- Our File Reference # 1099-A-c
– State:  Texas

## 2016 - State Of Delaware v. James Hamilton

- **Unlawful sexual contact 1st degree & unlawful sexual contact 3rd degree**
- Post Conviction
- Our File Reference # 1076-c
– State:  Delaware

## 2016 - State Of Texas v. Tarik J McIntyre

- **Assault Causing Bodily Injury**
- Post Conviction
- Our File Reference # 1070-c
– State:  Texas

## 2016 - The State Of California v. Michael Lopez

- **Murder**
- Post Conviction
- Our File Reference # 1066-c
– State:  California

## 2016 - The State of Florida v. Christopher Douglas

- **Robbery with a Firearm**
- Post Conviction
- Our File Reference # 1080-c
– State:  Florida

## 2016 - The State of Florida v. Roderick Mathis

- **1st Degree Murder and Armed robbery**
- Post Conviction
- Our File Reference # 1086-c
– State:  Florida


## 2016 - The State of Michigan v. Gregory V. Young

- **1st Degree Premediated Murder, Murder**
- Post Conviction
- Our File Reference # 1072-c
– State:  Michigan


## 2016 - The State of Texas v. Rudolfo Jr. Munoz

-**Wrongful death in custody**
– Post Conviction
- Our File Reference # 1092-c
– State:  Texas


## 2016 - United States v. Anthoine Plunkett

– **(Conspiracy To Murder For Hire) Federal Charge**
- Post Conviction
- Our File Reference # 1123-c
– State:  Virginia

## 2016 - The State of Pennsylvania v. Leon Garland

- **1st Degree Murder**
- Post Conviction
- Our File Reference # 1146-c
- – State:  Pennsylvania

## 2016 - The State Of Louisiana v. Marcus Artis

- **Murder**
- Post Conviction
- Our File Reference # 1153-c
- – State:  Louisiana

## 2016 - The State Of Texas v. Benny Linenschmidt

- **Aggravated Sexual Assault On A Child Under 14**
- Post Conviction
- Our File Reference # 1077-c
- – State:  Texas

## 2017 - State of Virginia v. Timothy Wright

- **1st Degree Murder**
- Post Conviction
- Our File Reference # 1024-c
- – State:  Virginia

## 2017 - State of Louisiana v. Lekeithen Harris

**– Attempted 2nd Degree Murder**
- Post Conviction
- Our File Reference # 1031-c
– State:  Louisiana


## 2017 - State of Wisconsin v. Kim Gentz

**- Stalking**
- Post Conviction
- Attorney - **Michael Torphy**
- Our File Reference # 1027-c
– State:  Wisconsin


## 2017 - State of West Virginia v. Juan Moore

**- Sexual Abuse by Parent or Guardian (20 Counts)**
- Post Conviction
- Our File Reference # 1051-c
– State:  West Virginia


## 2017 - State of Mississippi v. Leo Laurent

**- 2nd Degree Murder**
- Post Conviction
- Our File Reference # 1046-c
– State:  Mississippi

**2017 - State of Ohio v. Timothy Hubal Jr.**

- **Gross Sexual Imposition – Rape**
- Post Conviction –
- Our File Reference # 1053-c
– State:  Ohio


**2017 - State of Tennessee v. Kenneth Deangelo Thomas**

- **1st Degree Felony Murder**
- Post Conviction
- Our File Reference # 1068-c
– State:  Tennessee


**2017 - The State of California People v. Matthew Worthen**

- **Murder**
- Assault On A Child Causing Death
- Post Conviction –
- Our File Reference # 1143-c
– State:  California


**2018 - The State Of North Carolina v. Roderick Wyche**

- **Murder, Statutory Rape, Felony Conspiracy, 1st Degree Sex Offense With A Minor**
– Attorney: **Bill Spence**
- Our File Reference # 1220-c
– State:  North Carolina

## 2018 - The State Of Wisconsin v. Bujanowski

- **Child Abuse Case**
– Attorney: **Zachary Glascock**
- Our File Reference # 1322-c
– State:  Wisconsin


## 2018 - The People Of The State Of Michigan v. Kevin Waller

- **Criminal Sexual Conduct 1st Degree / Extortion**
– Attorney: **Tony Ruiz**
- Our File Reference # 1348-c
– State:  Michigan
- **Expert Testimony Provided**


## 2018 - The State Of Texas v. William (Tariq) Lacking

- **Capital Murder  (2 Counts)**
– Attorney: **Paul Morgan**
- Our File Reference # 1361-c
– State:  Texas


## 2018 - The State Of California v. Lonnie Johnson

- **Murder  (1 Count)**
- Post Conviction
- Our File Reference # 1368-c
– State:  California

## 2018 - Commonwealth of Massachusetts v. Mark Barry

- **Child Pornography**
- Post Conviction
– Attorney - **Dale Merrill**
- Our File Reference # 1396-c
– State:  Massachusetts
- **Expert Testimony Pending**


## 2018 – The State Of Texas v. Jason Sorrells

- **Unlawful possession of a firearm, evading arrest, deadly conduct, and nine counts of aggravated assault of peace officers**,
 - Post Conviction
- Our File Reference # 1399-c
– State:  Texas


## 2018 - The State Of California v. Edward Contreras

- **1st Degree Murder**
– Client Family
- Post Conviction
- Our File Reference # 1401-c
– State:  California


## 2019 - The State Of Ohio v. David Simpson

- **1st Degree Murder**
– Attorney: **Thomas Kollin**
- Our File Reference # 1404-c
– State:  Ohio
- **Expert Testimony Provided**

## 2019 - The State Of Ohio v. Norman Smock

- Sexual Assault / Minor
– Attorney: **Thomas Kollin**
- Our File Reference # 1405-c
– State:  Ohio

## 2019 - The State Of Arizona v. Robert Navarro

- **Aggravated Assault**
– Attorney's on Record: Keith Hilzendeger or Mridula Raman (Public Defenders Office)
- Our File Reference # 1412-c
– State:  Arizona
- Post Conviction

## 2019 - The State Of Texas v. Mauricio Navarrete-Torres

- **Capital Murder**
- Our File Reference # 1415-c
– State:  Texas
- **Expert Testimony Provided**

**2019 - The People v. Nicholas Lancaster**

-  **Murder**
– Attorney – **Tony Lidgett**
- Our File Reference # 1413-c
 – State:   California
**- Expert Testimony Provided**


**2019 – The State Of Texas v. Tyler White**

-  **Sex Assault**
– Attorney – **Kurt Hopke**
- Our File Reference # 1411-c
– State:  Texas
**- Testimony Pending**


**2019 – The State Of West Virginia v. Andrew Wells**

-  **Sex Assault with a Minor ( 6 counts )**
– Attorney – **On Request**
- Our File Reference # 1419-c
– State:  West Virginia
**- Testimony Pending –**

## 2019 – The State Of California v. Francisco Banos

- **Murder**
– Attorney – **Tony Lidgett**
- Our File Reference # 1418-c
– State:  California
- **Testimony Pending**


## 2019 – The State Of Michigan v. Derek Schummer

- **Criminal Sexual Conduct ( 6 count)**
– Attorney – **Michael Vincent**
- Our File Reference # 1420-c
– State:  Michigan


## 2019 – The State Of Iowa v. Alicia Ritenour

- **Murder –**
– Attorney – **Andrew Dunn**
- Our File Reference # 1421-c
– State: Iowa


## 2019 – The State Of California v. Joseph Duran

- **Murder –**
– Attorney – **Marsanne Weese**
- Our File Reference # 1422-c
– State: California

**2019 – The State Of California v. William Bradley**

 -  **Aggravated Assault –**
 – Attorney – **Samuel O'Keefe**
 - Our File Reference # 1428-c
 – State: California
 - **Testimony Pending**


**2020 – The State Of Connecticut v. Michael Ranieri**

 - **Sexual Assault**
 - Attorney: **Patrick Tomasiewicz**
 - Our File Reference # 1436-c
 – State: Connecticut
 -**Testimony Pending**


**2020 – The State Of Virginia v. Jason KEGLEY**

 - **Sexual Assault (Child)**
 - Attorney: **Edgar Dehart**
 - Our File Reference # 1435-c
 – State: Virginia
 - **Testimony Pending**


**2020 – The State Of Washington v. Jeevan SINGH**

 - **Rape Allegations**
 - Attorney: **Sheri Pewitt**
 - Our File Reference # 1438-c
 – State: Washington
 - **Charges Withdrawn**

## 2020 – The State Of Kansas v. Wallace DIXON

- **1st Degree Murder by Arson**
- Post Conviction
- Our File Reference # 1440-c
– State : Kansas

## 2020 - State Of Colorado v. Sarah Bryne

- **Kidnapping**
- **Attorney - Dan Deters**
- Our File Reference # 1443-c
- State: Colorado

## 2020 – The State Of Texas v. Jose Ismael Salvador

- **Attempt Capital Murder**
- Our File Reference # File #: 1444-c
- Post Conviction
- State: Texas

## 2020 – The State Of Wisconsin v. Reginald Clytus

- **First Degree Intentional Homicide**
- Our File Reference File #: 1447-c
- Post Conviction
- State: Wisconsin

## 2020 – The State Of Michigan v. Lawrence Abela

**- Csc 3rd Degree**
- Our File Reference #: 1448-c
- Post Conviction
- State: Michigan

## 2020 – The State Of Illinois v. Henry Hopkins

**- Murder**
- Our File Reference #: 1449-c
- Post Conviction
- State: Illinois

## 2020 – The State Of New Jersey v. Leonard  Johnson

**- Robbery**
- Our File Reference #: 1452-c
- Post Conviction
- State: New Jersey

## 2020 – The State Of Ohio v. Wendell Callahan

**- Capital Murder X 3**
- Our File Reference #: 1453-c
- Post Conviction
- State: Ohio

## 2020 – The State Of Wisconsin v. Ronald Morgan

**- 2nd Degree Sexual Assault**
- Our File Reference #: 1455-c
- Post Conviction
- State: Wisconsin


## 2020 – The State Of Georgia v. Greg Graham

**- Sexual Related Offense**
- Our File Reference #: 1456-c
- Post Conviction
- State: Georgia


## 2020 – The State Of North Carolina v. Dwayne Degraffenried

**- Drug Related**
- Our File Reference#: 1460-c
- Post Conviction
- State: North Carolina


## 2021 – The State Of South Dakota v Marlon Iron Crow

**- 2ND Degree Murder**
- Our File Reference #: 1461-c
- Post Conviction
- State: South Dakota

## 2021 – The State Of Iowa  v Soe Tun

- **Sexual Abuse - 3rd Degree—**
- Our File Reference #: 1464-c
- Client Family
- State: IOWA
- **Attorney :  Andy Dunn**


## 2021 – The State Of Iowa  v Jarett Scharper

- **Sexual Assault**
- Our File Reference #: 1467-c
- State: IOWA
- **Attorney :  Andy Dunn**


## 2021 – The State Of Texas v Jason Hart

- **Sexual Assault**
- Our File Reference #: 1468-c
- Post Conviction
- State: Texas


## 2021 – The State Of Texas v Kira Dodson

- **Murder**
- Our File Reference #: 1471-c
- Post Conviction
- State: Texas

## 2021 – The State Of Delaware v Ronnell JACOBS

- **Sexual Assault**
- Our File Reference #: 1472-c
- Post Conviction
- State: Delaware


## 2021 – The State Of New York v Johnny Hincapie

- **Murder**
- Civil Case – Wrongful Conviction
- Our File Reference #: 1474-c
- Post Conviction
- Attorney : **Gabriel P. Harvis, Esq.**
- State: New York
- **Expert Testimony Pending**


## 2021 – The State Of Louisiana v Andrew MOSBROKER

- **Child Pornography (4 counts)**
- Our File Reference #: 1477-c
- State: Louisiana
- **Attorney : Kevin Stockstill**

## 2021 – The State Of South Carolina v Linso Allen

- **Murder /Armed Robbery**
- Our File Reference #: 1481-c
- Post Conviction
- State: South Carolina


## 2021 – The State Of New Jersey v Robert Bowers

- **Armed Robbery**
- Our File Reference #: 1482-c
- Post Conviction
- State: New Jersey


## 2021 – The State Of Arkansas v Rahsaan Taylor

- **Murder**
- Our File Reference #: 1483-c
- Post Conviction
- State: Arkansas


## 2021 – The State Of Louisiana v Broderick Scott

- **2nd Degree Murder**
- Our File Reference #: 1485-c
- Post Conviction
- State: Louisiana

## 2021 – The State Of Texas v Senrick Wilkerson

- **Multi-Sex Related Offenses**
- Our File Reference #: 1487-c
- Post Conviction
- State: Texas


## 2021 – The State Of Texas v James Caraballo

- **Sexual Abuse of a Child**
- Our File Reference #: 1489-c
- Attorney: **Kurt S. Hopke**
- State: Texas
- **Expert Testimony Pending**


## 2021 – The State Of New York v Nashwan Hamood

- **Murder**
- Our File Reference #: 1492-c
- Attorney: **Scott A. Brenneck, Esq**
- State: New York
- **Expert Testimony Pending**


## 2021 – The State Of Ohio v Devin LEEK

- **Rape , Gross Sexual Imposition**
- Our File Reference #: 1494-c
- Attorney: **On Request**
- State: Ohio

## 2021 – The State Of Ohio v Rashaun Ramsey

- **Rape - Kidnapping**
- Our File Reference #: 1495-c
- Post Conviction
- State: Ohio

## 2021 – The State Of Texas v Roshan Sah

- **Attempted Capital Murder**
- Our File Reference #: 1497-c
- Attorney: **Bruce Anton**
- State: Texas

## 2021 – The State Of Navada v Lawrence Fuller

- **Murder**
- Our File Reference #: 1499-c
- Post Conviction
- State: Navada

## 2022 - The State Of Nevada v. Tony Pressler

Criminal case Consultants Case File #: 1500-c
Charge: **Robbery**
Charged Person (s): Tony Pressler
State: Nevada
Name of Defense Attorney(s):
Matthew Pennell
**Expert Testimony Provided**

## 2022 - The State Of Colorado v. Corey Mommer

-Criminal case Consultants Case File #: 1502-c
-Charge: **Sexual Assault On A Child By One In Position Of Trust**
-Charged Person (s): Corey MOMMER
-City: Pueblo
-State: Colorado
-Name of Defense Attorney(s):
**-Daniel J. Deters, Esq.**

## 2022 - The State Of Colorado v. Jose Banda

-Criminal case Consultants Case File #: 1504-c
-Charge: **Sex Assault On A Child**
-Charged Person (s): Jose GIL BANDA
City: Ellicott CO
-State: Colorado
-Name of Defense Attorney(s):
**-Daniel J. Deters, Esq**.

## 2022 - The State Of Iowa v. Corey Scott

-Criminal Case Consultants Case File #: 1505-c
-Charged Person (s): Corey Scott
-Charge: **MURDER**
-State: Iowa

## 2022 - The State Of Texas  v. Kira Dodson

-Criminal Case Consultants Case File #: 1508-c
- Post Conviction
-Charge: **Murder**
-Charged Person (s): Kira Dodson
-State: Texas


## 2022 - The State Of Georgia v. Rocky Alen Hester

-Criminal Case Consultants Case File #: 1509-c
- Post Conviction
-Charge: **Cruelty to Children, First Degree, Child Molestation, Rape, False Imprisonment**
--Charged Person (s): Rocky Alen HESTER
State: Georgia


## 2022 - The State Of Arizona v. Anthony Gay

-Criminal case Consultants Case File #: 1510-c
-Charge: **Murder**
-Charged Person (s): Anthony GAY
-City: Tucson
-State: AZ

## 2022 - The State Of Texas  v. Richard Anthony Montez

-Criminal case Consultants Case File #: 1511-c
-Charge: **Capital Murder**
-Charged Person (s): Richard Anthony Montez
-City: San Antonio
-State: Texas
-Name of Defense Attorney(s):**-Kelly Pittl**

## 2022 - The State Of New York  v. Andrew MEAD

-Criminal case Consultants Case File #: 1512-c
-Charge: **Underage Sex Materials**
-Charged Person (s): Andrew MEAD
-State: New York
-Name of Defense Attorney(s): **-Christopher A. Barton, Esq.**

## 2022 - The State Of Missouri  v. Mathew T Esters

-Criminal Case Consultants Case File #: 1514-c
-Charge: **Child Abuse**
-Charged Person (s): Mathew T Esters
-State: Missouri

## 2022 - The State Of Georgia  v. Sidney Bryon Lairamore

-Criminal case Consultants Case File #: 1515-c
-Charge: **Aggravated Sexual Battery**
-Charged Person (s): Sidney Bryon Lairamore
-City: Hinesville
-State: Georgia
- Attorney  **-Gabe T. Cliett, P.C**
**- Expert Testimony Provided**

## 2022 - The State Of Virginia v. Devaughn Hall

-Criminal Case Consultants Case File #: 1518-c
-Charge: **Robbery**
-Charged Person (s): Devaughn Hall
-State: Virginia
-Post Conviction

## 2022 - The State Of West Virginia  v. Sam Wiles

-Criminal Case Consultants Case File #: 1519-c
-Charge: **(6 Count) Child Sex Related Charges**
-Charged Person (s): Sam Wiles
-State: West Virginia
-Post Conviction

## 2022 - The State Of West Virginia  v. Gregory E Duty

-Criminal Case Consultants Case File #: 1524-c
-Charge:  **Sexual Abuse by a parent X 2**
**-Sexual Assault 1 sit X 2**
-Charged Person (s):  Gregory E Duty
-State: Mingo County, West Virginia
-Attorney **-Jeff Simkins**

## 2022 - The State Of Colorado v. Keegan CALLAHAN

-Criminal Case Consultants Case File #: 1525-c
-Charge:  **Sexual Assault**
-Charged Person (s):  Keegan CALLAHAN
-State: Colorado
-Attorney - **Britany Balderson**

## 2022 - The State Of Michigan v. Lester Mason

-Criminal Case Consultants Case File #: 1526-c
-Charge: **Homicide (2 Counts)**
-Charged Person (s):  Lester Mason
-State: Michigan
-Post Conviction

## 2022 - The State Of Ohio v. Nicos ELDER

-Criminal Case Consultants Case File #: 1527-c
-Charge:  **Aggravated Murder, Kidnapping, Aggravated Robbery**
-Charged Person (s):  Nicos ELDER
-State: Ohio
-Post Conviction

## 2022 - The State Of Kansas  v. Wallace Dixon

-Criminal Case Consultants Case File #: 1528-c
-Charge: **Murder**
-Charged Person (s):  Wallace Dixon
-State: Kansas
-Attorney - **Kate Zigtema**

## 2022 - The State Of Georgia v. Rocky Alen HESTER

-Criminal Case Consultants Case File #: 1529-c
-Charge: **Child Molestation X 2**
-Charged Person (s):  Rocky Alen HESTER
-State: Georgia
-Attorney -**Ben Goldberg**

## 2022 - The State Of Alabama v. Abdel Shihadeh

-Criminal Case Consultants Case File #: 1533-c
-Charge: Murder
-Charged Person (s): Abdel Shihadeh
-State: Alabama
-Attorney - **Jeff Deen**

## 2022 - The State Of Louisiana v. Robert Leroy Mccoy

-Criminal Case Consultants Case File #: 1534-c
-Charge:  **First Degree Murder**
-Charged Person (s):  Robert Leroy Mccoy
-State: Louisiana
-Attorney - **Russell Barksdale**

## 2022 - The State Of Utah v. Matthew Louis Gouin

-Criminal Case Consultants Case File #: 1535-c
-Charge:  **Rape Of A Child**
-Charged Person (s): Matthew Louis Gouin
-State: Utah
-Attorney -**Charity Morgan**

## 2022 - The State Of Texas v. Phillip Rizzuto

-Criminal Case Consultants Case File #: 1536-c
-Charge:  **Murder**
-Charged Person (s):  Phillip Rizzuto
-State: Texas
-Attorney -**Orlando Castanon**

## 2022 - The State Of  v. Juan Martinez
##      - The State Of  v. Nancy Martinez

-Criminal Case Consultants Case File #: 1537-c
-Charge:  -**Felony murder**
       -**Cruelty to children in the first degree**
       -**Cruelty to children in the second degree**
-Charged Person (s):  Juan Martinez & Nancy Martinez
-State: Georgia
-Attorney - **Arturo Corso**

## 2022 - The State Of Texas v. Michael Jerome Newberry

-Criminal Case Consultants Case File #: 1538-c
-Charge:  **Capital Murder.**
-Charged Person (s): Michael Jerome Newberry
-State: Texas
-Post Conviction

# Canadian Cases

**2015 - R. v. Shane Lund – Ontario**

- **Sexual Assault, (multi-count) Possession, Distribution, Manufacturing of Child Pornography (multi-count) Bestiality**
– Attorney: **Eginhart Ehlers**
**-** Forensic Consulting Expert – For Trial

**2015 - R. v. Adam Collins – Ontario**

 - **Criminal Breach Of Trust, Theft**
– Attorney: **Eginhart Ehlers**
**-** Forensic Consulting Expert – For Trial

**2015 - R. v. Jordon Lampert – Ontario**

- **Sexual Assault**
- Attorney: **Walter Fox**
- Forensic Consulting Expert – For Trial

**2015 - R. v.  Nick Fortonato – Ontario**

– **Fraud Over 1 M**
– Attorney: **Eginhart Ehlers**
**-** Forensic Consulting Expert – For Trial

**2015 - R. v. Troy Ellison – Ontario**

**– Possession for the Purpose Trafficking**
– Attorney: **Eginhart Ehlers**
**-** Forensic Consulting Expert – For Trial


**2016 - R. v. Andrew Fallows– Ontario**

 **- Criminal Negligence Causing Death, Impaired Operation Causing Death,**
**-Dangerous Driving Causing Death**
– Attorney: **Eginhart Ehlers**
**-** Forensic Consulting Expert – For Trial


**2016 - R. v.  James McNabb– Ontario**

 **- Possession for the Purpose Of Trafficking , Possession of a Restricted Weapon**
– Attorney: **Eginhart Ehlers**
**-** Forensic Consulting Expert – For Trial


**2017 - R. v. Neil Malick – Ontario**

 **– Fabrication of Evidence, Attempt to Obstruct Justice**
    -   Attorney: **Walter Fox**
 - Forensic Consulting Expert – For Trial

**2017- R. v. Ryan Patterson – N.W.T.**

 – **Assault on a Child**
-Attorney: **Tu Pham**
**-** Forensic Consulting Expert – For Trial


**2017 - R. v. Kwesi Ellis – Ontario**

 – **Dangerous Driving Causing Death**
- Dangerous Driving Causing Bodily Harm X 2
-Attorney: **Bill Halkin**
**-** Forensic Consulting Expert – For Trial


**2018 - R. v. Andrew Lawrence-Bisram – Ontario**

 – Human Trafficking
-  Attorney: **Amera Sansanwal**
-  Case Resolved


# Other Consulting & Forensic Reporting

*Some Consulting and Forensic Reviews On Felony Cases, Child Abuse Allegations, Death Related Investigations, Police Misconduct Allegations Related To Investigation Are Not Listed.*

***Previous Specialized Law Enforcement Training During Police Career 1978 - 1994***

- *Analytical Investigative Methods – Anacapa Sciences Inc.*
- *Sudden & Suspicious Death & Homicide Investigation*
- *Complex Drug Investigations*
- *Crime Scene & Evidence Control*
- *Police Management – Identifying Misconduct*
- *Sexual Assault Investigations*
- *Organized Crime – Tracking Proceeds Of Crime*

# Research & Education – Law Enforcement Training Materials

- Essentials Of The REID Technique – Criminal Interrogation and Confessions – Second Edition – By John E Reid

- Anatomy of Interrogation Themes – The Reid Technique of Interviewing and Interrogation – Second Edition – By Louis C. Sense
- FM 34-52 Intelligence Interrogation  - US Army Manual

- How To Identify, Interview & Motivate Child Abuse Offenders To Tell The Truth – Second Edition – David Buckley

# Continual Updated Education
# Seminars & Training

National Association Of Criminal Defense Lawyers
(Membership # 95130)
Classification: Forensic Expert
1 Hour Seminars

# Continuing Legal Education Seminar Training
# Credits   2015 - 2017

- Cross The Narcotics Officer – **Presenter:** Dirk Manoukian
- GPS, Cellphones – **Presenter:** Robert Aguero
- Money Laundering & Rico – **Presenter:** Dominic Gentile
- Crossing Informants, Cooperating Witnesses, Snitches & rats
- **Presenter:** J.W. Carney Jr.
- Sexual Assault Cases Involving Children – Investigation & Preparation –
**Presenter:** EG Gary Morris
- Felony Gun Possession – **Presenter:** Doris Holt
- Gang Defenses – **Presenter:** Katherine Corrigan
- Conspiracy To Commit Murder – **Presenter:** Robert Jones
- Self Defense In Homicide Cases – **Presenter:**  Deja Vishny
- False Confessions – **Presenter:** Dr. Antoinette Kavanaugh (Chicago)
- Child Abuse & Molestation Of A Child – **Presenter:**  Dr. Rich Kaplan, M.D.
- Theories, Themes and Storytelling in Sexual Assault Cases – **Presenter:** Cynthia
Roseberry
- The Role Of The Forensic Psychologist in Defending Sex Offender Cases –
**Presenter:** Joanne Daley
- Cross Of The Alleged Rape Victim – **Presenter:** Professor Herschella Conyers
- Shaken Baby Syndrome – **Presenter:**  Keith Findley
- Voir Dire in Sex Cases – **Presenter:** Marvin Schechter
- Interrogation, Coercion and False Confessions- **Presenter:** Professor Richard Leo
- False Confessions- Obtaining Clinical Psychological Evidence – **Presenter:**  Paul

53

Casteleiro
- Working With Experts In False Confession Cases – **Presenter:** Paul Cateleiro
- Cross-Examining Law Enforcement In False Confession Cases – **Presenter:** Deja Vishny
- Defending Child Pornography Cases – **Presenter:** Jay Clark & Michael Iacopino
- Cross-Examination of Child Witnesses – **Presenter:** Shaun McCrea
- Conspiracy Allegations In A Drug Case: Evidentiary Implications – **Presenter:**  Don Samuel
- Defending Drug Cases : Mail Order Pharmacists, Compounders, Street Crimes
- Battling 21st Century Surveillance – **Presenter:**  Hanni Fakhoury
- Successful Litigation In Cases Dealing With Selective Enforcement& Racial --- Profiling – **Presenter:** Colette Tvedt
- Sexual Predator Defenses –  **Presenter:** Robert LeBell
- Debunking the Prosecutors Claim Of A Drug Conspiracy – **Presenter:** Thomas Decker
- Capital Murder, Death Penalty Training – Making The Case For Life
- Defending Modern Drug Case – 4th Amendment, Suppression, Search Seizure – **Presenter:**  Vincent Savarese
- Conspiracy Allegations in a Drug Case
- Street Crimes, Stress and Suggestion: Helping the Jury see what the Witness did not- **Presenter:** Jonathan Rapping
- Forensic Science, the NAS report and a Case Analysis- **Presenter:**  Brent Turvey
- Beating the Assault & Battery Charge – **Presenter:** Drew Finding
- Cross a Snitch in a Drug Case – **Presenter:** Robert Fichinan
- Self Defense in Homicide Cases – **Presenter:** Deja Vishney
- Rodriguez & the Roadside Detention – **Presenter:** Vincent Savarese
- From PhaRxm to Table: False Prescriptions, Pill Mills, Doctor Shopping & Pharmacies – **Presenter:** Marcia Shein
- Cannabis DUI's – **Presenter:** Abe Hutt
- Interpreters & Translators During Auto Stops & Interviews – **Presenter:** Christopher Dupont
- Forfeiture – **Presenter:** Steven Kessler
- Child Pornography Sentencing – **Presenter:** Larry Matthews & Tracy Sabenow
- Ethical Online Investigation In The Age of Social Networking & Technology – **Presenter:** Bill Gallagher
- Effective Use Of Experts In Sentencing
- Sex Offense Allegations With Jurors – **Presenter:** Rick Kanmen
- Making the Case For Life: Mitigation in Capital Cases – **Presenter:**  N.A.C.D.L
- Making the Case For Life: Investigation – Capital Cases – **Presenter:** N.A.C.D.L

**Toronto, Canada - 2017**

1 Day Seminar – September 27, 2017 - Rock and a Hard Place: False Guilty Pleas and Wrongful Convictions – **Presenter:**  Innocence Canada

# Continuing Legal Education Seminar Training Credits
### ( Con't… )

# 2017 - 2018

- Self Defense in Homicide Cases – **Presenter:** Deja Vishny
- Evaluating Strangulation Evidence – **Presenter:** Tara Godoy
- Working With and Crossing the Pathologist in a Gunshot Cases – **Presenter:** Deja Vishny
- Voir Dire in Self Defense Cases – **Presenter:** Eric Davis
- Eyewitness Identification – **Presenter:** Ellen Eggers & Scott Fraser
- Science in Sexual Assault Cases– **Presenter:** Nellie King
- Not So Total Recall Memory and Witness Identification– **Presenter:** Dr. Elizabeth Loftus
-Suppressing Eyewitness Identifications – **Presenter:** Paul Rudof
- The Science of the Mind Sanism, Pretextuality and Mental Disabilities – **Presenter:** Professor Michael Perlin
- Challenging the Confession of a Mentally Ill Client – **Presenter:** Dr. Clarence Watson
- False Confessions in Sex Cases – **Presenter:** Deja Vishny
- Forensic Mental Health & the Law – **Presenter:** Professor Steven Drizin , JD
- Exposing & Fighting Misconduct in Criminal Cases – Police Misconduct on the Streets– **Presenter:** Colette Tvedt
- Misconduct in Police Investigations – **Presenter:** Deja Vishny

- Mental Aspects Of False Confessions – **Presenter:** Dr. Antoinette Kavanaugh
- The Science Behind False Confessions – **Presenter:** Christine Funk
- Understanding and Challenging False Confessions – **Presenter:** Deja Vishny
- Ethical Use Of Experts – **Presenter:** Christopher Leibig
- Defending Cops Accused of Misconduct – **Presenter:** Richard Jaffe
- Systematic Police Agency Misconduct – **Presenter:** Scott Sanders
- Forensic Lab Fraud – **Presenter:** Nancy Caplan
- Investigating Police Misconduct – **Presenter:** Kevin McClain
- Brady and Giglio – **Presenter:** Denis Devlaming
- Applying the Scientific Method In Fire Investigations– **Presenter:** Paul Bieber & Len Walker
- Presenting Forensic Evidence At Trial – **Presenter:** Iris Eytan
- Understanding Mobile Forensics– **Presenter:** John Elis
- Introduction to DNA Mixtures – **Presenter:** Bicka Barlow
- Abusive Head Trauma – **Presenter:** Tara Godoy
- Drug Recognition Evaluations (DRE) – **Presenter:** Steve Oberman
- Firearms & Toolmarks – **Presenter:** William Tobin
- Digital Evidence – **Presenter:** Doug Carner
- Fire Investigations – **Presenter:** Paul Bieber
- Computer Search Warrants – **Presenter:** Professor Orin S Kerr
- Strangulation Evidence – **Presenter:** Tara Godoy
- Bitemark Evidence – **Presenter:** Hon. Christopher Plourd
- Bloodspatter Evidence– **Presenter:** Tim Palmback
- Building a Mental Health Defense – **Presenter:** John Niland
- Confronting & Utilizing the Pathologist in Murder Cases – **Presenter:** Robert Sanger
- Fighting the Fantasy of Forensics– **Presenter:** Jose Baez
- Forensic Pathology & Toxicology– **Presenter:** Michael Cristalli
- DNA Database Issues– **Presenter:** Bicka Barlow
- Locating, Vetting, Retaining and Using Experts – **Presenter:** Christine Funk
- Under the Shadow PTSD – **Presenter:** Michael Harris
- Developments in Fingerprint Evidence – **Presenter:** Simon Cole
- Time  of Death Calculations – **Presenter:** Jim Cooney
- Qualifying Forensic Science Opinions – **Presenter:** David Kaye
- Shaken Baby Syndrome – **Presenter:** Professor Keith Findley
- Using Forensic Science in Sex Assault Cases– **Presenter:** Michael Waddington
- Cross-Examination of Alleged Rape Victim– **Presenter:** Callie Steele
- Shining Light on Suggestiveness in Children's Interviews– **Presenter:** Dr. Michael Brannon
- Computer Forensics in Child Porn Cases – **Presenter:** Don Vifer

- Racial Profiling & the 4th Amendment – **Presenter:** Juval Scott
- Conspiracy Law Fundamentals – **Presenter:** John Cline & Prof. Steve Morrison
- Criminal Conspiracy: Challenging The Prosecutor's Darling – **Presenter:** Prof. Steve Morrison and John D. Cline
- The Future of Conspiracy Law – **Presenter:** Marjorie Peerce & HON. Jed S. Rakoff & Alexandra Shapiro
- Conspiracy to Defraud the U.S. – **Presenter:** David Angeli , Scott Frewing & Enu Mainigi
- The Syllogism of Expert Testimony – **Presenter:** Prof. Edward Imwinkelried
- Dealing with Experts and Standards of Admission – **Presenter:** Charles Sevilla
- Defending Female Defendants in Sex Cases – **Presenter:** David House
Defending Juveniles Facing Sex Offenses – **Presenter:** Brad A. Meryhew
- Detecting and Fighting DNA Errors in Sex Cases – **Presenter:** Prof. Greg Hampikian
-Deconstructing the Child Exploitation Case – **Presenter:** John Arrascada
- Living With the Collateral Consequences of Sexual Assault Convictions –
**Presenter:** Michael Iacopino
- Handling High Profile Cases – **Presenter:** Marie Henein
-Improving Sexual Assault Interview Techniques – **Presenter:** June T. Rodgers
- Ethical Dilemmas in Sex Cases – **Presenter:** Juval Scott
Audrey Moorehead
-Sexting, Searches and Sentencing in Child Porn Cases – **Presenter:** J.W. Carney
-The Rape Shield Statute & Developing Cross – **Presenter:** Cynthia Roseberry
- Voir Dire in Child Sex Cases – **Presenter:** Kathleen Stilling
- Home Searches – **Presenter:** Jennifer Sellitti
- Drones & Spyware – **Presenter:** Blasé Kearney
- 4th Amendment Update – **Presenter:** Gerald H. Goldstein



THIS IS TO CERTIFY THAT

BRIAN A. LESLIE

SATISFACTORILY COMPLETED ALL REQUIREMENTS OF THE 40-HOUR
ADVANCED LAW ENFORCEMENT TRAINING COURSE IN

# ANALYTICAL INVESTIGATION METHODS

CONDUCTED

**15-19 February 1982 - Richmond, Virginia**

*The course provided advanced investigative and
analytical methods required for complex criminal
cases—organized crime, economic crime, nar-
cotics trafficking, and related conspiracies.*

**ANACAPA SCIENCES, INC.**

INSTRUCTOR