# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No. 3:22-CR-274 |
| | * | |
| Plaintiff, | * | Judge James R. Knepp II |
| | * | |
| | * | Magistrate Judge Darrell A. Clay |
| | * | |
| | * | **MOTION TO SEAL** |
| vs. | * | |
| | * | Mark Satawa P47021 |
| | * | mark@satawalaw.com |
| | * | SATAWA LAW, PLLC |
| ANTHONY THEODOROU, D-2, | * | 26777 Central Park Blvd; #300 |
| | * | Southfield, MI 48076 |
| Defendant. | * | 248-356-8320 |

## MOTION TO SEAL

Now comes the Defendant, Anthony Theodorou, by and through his attorneys, Mark A Satawa, and Stephen Palmer, and hereby moves this Honorable Court for Leave to file the Sentencing Memo, *Ex Parte* and Under Seal.

    Respectfully Submitted,

    /s/ Mark A. Satawa
    Mark A. Satawa P47201
    26777 Central Park Blvd,
    Suite 300
    Southfield, MI 48076
    (248) 356-8320

Dated: September 20, 2024     mark@satawalaw.com