# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No. 3:22-CR-274 |
| | * | |
| Plaintiff, | * | Judge James R. Knepp II |
| | * | |
| | * | Magistrate Judge Darrell A. Clay |
| | * | |
| | * | **MOTION TO SEAL** |
| vs. | * | |
| | * | Mark Satawa P47021 |
| | * | mark@satawalaw.com |
| | * | SATAWA LAW, PLLC |
| ANTHONY THEODOROU, D-2, | * | 26777 Central Park Blvd; #300 |
| | * | Southfield, MI 48076 |
| Defendant. | * | 248-356-8320 |

## ORDER

Upon reading and filing of the Motion, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT Defendant Anthony Theodorou, by and through his attorneys, Mark A Satawa, and Stephen Palmer, are permitted to file Defendant Anthony Theodorou's Sentencing Memorandum under seal.

_____

Hon. James R. Knepp II

United Stated District Court Judge